115 A.3d 311

**Elbert JOHNSON, Petitioner**

v.

**The COURT OF PHILADELPHIA, Respondent.**

**No. 39 EM 2015.**

Supreme Court of Pennsylvania.

May 29, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Original Process and the Petition for Writ of

Mandamus are **DISMISSED.** *See Commonwealth v. Ali*, 608 Pa. 71, 10 A.3d 282, 293 (2010) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.